■    In the Matter of FREDERICK A. G. (Anonymous), Appellant, v. DORIS G. (Anonymous), Respondent.— In a habeas corpus proceeding for custody of the two children of the parties, relator appeals from a judgment of the Supreme Court, Suffolk County, entered November 25, 1970, which *inter alia* awarded custody to respondent. Judgment reversed, on the law and in the interests of justice, without costs, and proceeding remanded to the Special Term for a new trial, before another Judge. In our opinion, the Special Term should not have excluded the father from the proceedings. We therefore think that, in the interests of justice, a new trial should be held, before another Judge. Hopkins, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.